UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| SWIBER MARINE MEXICO, S.A. DE C.V.  *Plaintiff,*<br><br>v.<br><br>DAN-BUNKERING (AMERICA) INC.  *Defendant.* | C.A. NO. 4:25-CV-01763 |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Swiber Marine Mexico, S.A. de C.V., and hereby provides notice of their voluntary dismissal, without prejudice, of Dan-Bunkering (America) Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine
SBN 24060485 / SDTX 1786163
erhine@spaglaw.com
401 Louisiana, 8th Floor
Houston, TX 77002
Telephone:   713 653 5600
Facsimile:   713 653 5656

**OF COUNSEL**:

**SPAGNOLETTI LAW FIRM**
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: 713-653-5600
Facsimile: 713-653-5656

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon all counsel of record at the time of filing via CM/ECF in accordance with the Federal Rules of Civil Procedure, on this 17th day of April, 2025

                                  */s/ Eric J. Rhine*
                                  Eric J. Rhine